JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 06-117 JCC |
| Plaintiff, ) | ORDER GRANTING |
| ) | STIPULATED MOTION TO CONTINUE |
| vs. ) | TRIAL DATE AND EXTEND TIME FOR |
| ) | PRETRIAL MOTIONS |
| CEDRICK B. ALDERMAN, ) | |
| Defendant. ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and extend the due date of the pretrial motions, the affidavit of defense counsel, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii). In particular, the Court notes that Defendant's counsel is in the process of determining whether to file motions regarding the legality of the stop and search of Defendant and the constitutionality of the statute.

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Cedrick Alderman;* #06-117JCC)                    1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1    IT IS THEREFORE ORDERED that the trial date be continued from May 30, 2006, to August 14, 2006.

IT IS FURTHER ORDERED that pretrial motions be due May 25, 2006. The government's response would be due June 8, 2006.

IT IS FURTHER ORDERED that the period of time from the current trial date of May 30, 2006, up to and including the new proposed trial date of August 14, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DONE this 3rd day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Robert H. Gombiner
WSBA # 16059
Attorney for Cedrick B. Alderman
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:   (206) 553-1100
Fax:     (206) 553-0120
robert_gombiner@fd.org

s/ Andrew Friedman
Assistant United States Attorney
*Telephonic Approval*

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Cedrick Alderman;* #06-117JCC)          2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100