|   |   |
|---|---|
|   | Judge Coughenour |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
|   | ) | NO. CR06-0117C |
| Plaintiff, | ) | |
|   | ) | |
| v. | ) | ORDER CONTINUING TRIAL |
|   | ) | |
| CEDRICK B. ALDERMAN, | ) | |
|   | ) | |
| Defendant. | ) | |
|   | ) | |

The Court has considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case:

The Court finds that continuing the trial in this case is necessary in order to allow defense counsel adequate time in order fully to investigate several key aspects of the defense and to effectively represent the defendant.

The Court further finds, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial.

//
//
//
//
//
//

1  IT IS THEREFORE ORDERED that the trial in this case shall be continued until
2  November 6, 2006, and that the period of time from August 14, 2006, up to and including
3  November 6, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A).
4  DONE this 4th day of August, 2006.

/s/ John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101
Telephone:   (206) 553-2277
Fax:              (206) 553-0755
E-mail:         Andrew.Friedman@usdoj.gov


s/Robert H. Gombiner
ROBERT H. GOMBINER
Counsel for Cedrick B. Alderman

Westlake Center Office Tower
1601 5th Avenue, Suite 700
Telephone:   (206) 464-4142
Fax:              (206) 855-9702
E-mail:         Robert_Gombiner@fd.org