1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

CEDRICK B. ALDERMAN,

　　　　　Defendant.

CASE NO. CR06-117C

ORDER

　　　　This matter comes before the Court on the joint motion of the United States of America and Defendant Cedrick B. Alderman to continue the trial date (Dkt. No. 48).

　　　　The current trial date is November 6, 2006. Defendant Alderman has joined in the requested continuance, and the Government agrees that a continuance is necessary to allow Defendant to complete discovery and prepare for trial. Accordingly, Defendant has waived speedy trial rights through January 16, 2007 (Dkt. No. 49).

　　　　Given the complex nature of this case, the Court finds that a denial of the requested extensions would unreasonably deny Defendant adequate preparation by their attorneys and would deny counsel reasonable time to prepare. Due to these factors, exclusion of additional time under 18 U.S.C. § 3161(h)(8)(B)(iv) is appropriate.

ORDER – 1

The proposed continuance of the trial does not appear to prejudice any party. The Court finds that failure to grant the requested continuance likely would result in a miscarriage of justice. The Court further finds that the interests of the public and the Defendant in a speedy trial are outweighed by the ends of justices, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

Accordingly, IT IS HEREBY ORDERED that the pre-trial motions cut-off date shall be set for November 24, 2006, with a new trial date of January 8, 2007. Voir dire, Trial Briefs, and Jury Instructions shall be due by January 4, 2007. The time between November 6, 2006 and the new trial date shall be excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

SO ORDERED this 3rd day of November, 2006.

_____
John C. Coughenour
United States District Judge

ORDER – 2